STATE OF CONNECTICUT *v.* JEFFEREY TATE

The defendant's petition for certification for appeal from the Appellate Court, 85 Conn. App. 365 (AC 22801), is denied.

*Carlos E. Candal,* special public defender, in support of the petition.

*Julia K. Conlin,* deputy assistant state's attorney, in opposition.

Decided November 23, 2004

STATE OF CONNECTICUT *v.* TROY HARRIS

The defendant's petition for certification for appeal from the Appellate Court, 85 Conn. App. 637 (AC 23328), is denied.

*Deborah G. Stevenson,* special public defender, in support of the petition.

*Mitchell S. Brody,* senior assistant state's attorney, in opposition.

Decided November 23, 2004

WATERBURY HOTEL EQUITY, LLC *v.* CITY OF WATERBURY

The defendant's petition for certification for appeal from the Appellate Court, 85 Conn. App. 480 (AC 23392), is denied.